```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 24915
   HELEN JENKINS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6527


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/19/2008 and was confirmed 12/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG           .00            .00             .00
CITIMORTGAGE INC           CURRENT MORTG           .00            .00             .00
SANTANDER CONSUMER USA     SECURED VEHIC     19880.26            .00         1076.48
SANTANDER CONSUMER USA     UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY           4167.55            .00             .00
HOUSEHOLD FINANCE/BENEFI   UNSECURED         10372.21            .00             .00
ROUNDUP FUNDING LLC        UNSECURED           994.54            .00             .00
CAPITAL ONE BANK           UNSECURED          1139.04            .00             .00
CAPITAL ONE BANK           UNSECURED          1951.14            .00             .00
CAPITAL ONE BANK           UNSECURED           612.12            .00             .00
COMPUCREDIT CORPORATION    UNSECURED          3005.32            .00             .00
RJM ACQUISITION            UNSECURED            57.88            .00             .00
DELL FINANCIAL SERVICES    UNSECURED          2060.18            .00             .00
EDFINANCIAL SERVICES       UNSECURED              .00            .00             .00
EDFINANCIAL SERVICES       UNSECURED              .00            .00             .00
EDFINANCIAL SERVICES       UNSECURED              .00            .00             .00
EDFINANCIAL SERVICES       UNSECURED         NOT FILED           .00             .00
EDFINANCIAL SERVICES       UNSECURED              .00            .00             .00
EDSOUTH W/JP MORGAN        UNSECURED         NOT FILED           .00             .00
EDFINANCIAL SERVICES       UNSECURED              .00            .00             .00
EDFINANCIAL SERVICES       UNSECURED              .00            .00             .00
LVNV FUNDING               UNSECURED           500.31            .00             .00
FIGIS INC                  UNSECURED         NOT FILED           .00             .00
FIRST PREMIER BANK         UNSECURED         NOT FILED           .00             .00
GREAT AMERICAN FINANCE     UNSECURED         NOT FILED           .00             .00
HSBC BANK NEVADA NA        UNSECURED          2431.66            .00             .00
HSBC AUTO FINANCE          UNSECURED         NOT FILED           .00             .00
HSBC/CARSONS               UNSECURED         NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED           928.01            .00             .00
SPIRIT OF AMERICA/LANE B   UNSECURED           283.36            .00             .00
MONROE & MAIN              UNSECURED         NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED           315.58            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 24915 HELEN JENKINS
```

```
PORTFOLIO RECOVERY       UNSECURED          281.78              .00             .00
SEVENTH AVENUE           UNSECURED       NOT FILED              .00             .00
SST COLUMBUS BK & TRUST  UNSECURED       NOT FILED              .00             .00
TARGET                   UNSECURED       NOT FILED              .00             .00
WASHINGTON/PROVIDIAN     UNSECURED       NOT FILED              .00             .00
ROUNDUP FUNDING LLC      UNSECURED          419.52              .00             .00
EDFINANCIAL SERVICES     UNSECURED             .00              .00             .00
EDFINANCIAL SERVICES     UNSECURED             .00              .00             .00
HSBC AUTO FINANCE        SECURED NOT I    6520.17              .00             .00
CITIMORTGAGE             MORTGAGE NOTI NOT FILED                .00             .00
CITIMORTGAGE INC         SECURED NOT I    2136.75              .00             .00
INTERNAL REVENUE SERVICE UNSECURED         1996.42              .00             .00
ISAC                     UNSECURED        25745.44              .00             .00
LEGAL HELPERS PC         DEBTOR ATTY      2,350.00                              .00
TOM VAUGHN               TRUSTEE                                              83.52
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                1,160.00

PRIORITY                                              .00
SECURED                                          1,076.48
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                83.52
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                 1,160.00                  1,160.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/18/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 24915 HELEN JENKINS